NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**MAKOR ISSUES & RIGHTS LTD.,**
*Appellee*

---

2018-1834

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01535, IPR2016-01537.

---

## JUDGMENT

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by ISRAEL SASHA MAYERGOYZ, Chicago, IL; JASON M. GARR, Detroit, MI; SANJIV PRAKASH LAUD, Minneapolis, MN.

ARI JASON JAFFESS, Liston Abramson LLP, New York, NY, argued for appellee. Also represented by RONALD ABRAMSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court